# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDRE THOMAS

NO. 2020 KW 0906

DECEMBER 07, 2020

---

In Re:     Andre Thomas, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-18-0599.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED AS MOOT.**   The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's motion for **Brady** violation on September 21, 2020.

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT